UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20336-CIV-HUCK/SIMONTON
<u>CONSENT CASE</u>

SUSAN F. SOCAS,

    Plaintiff,

v.

NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY,

    Defendant.
    _____/

<u>ORDER ABATING CASE AND
DENYING PENDING MOTIONS WITHOUT PREJUDICE</u>

    This matter is before the Court *sua sponte*. This case is referred to the undersigned Magistrate Judge for final disposition based on the consent of the parties (DE # 13). Based upon a review of the record as a whole and for the reasons stated herein, this case is abated and all pending motions – including the Motion for Sanctions (DE # 89), Motion to Strike Expert Report (DE # 108) and Motion for Hearing (DE # 117) filed by the Defendant; the Motion for Summary Judgment (DE # 107) filed by the Plaintiff; as well as the parties' joint Motion for Hearing (DE # 124) and Motion for Extension of Time (DE # 125) – are DENIED WITHOUT PREJUDICE. This case may be restored to active status and any designated pending motions reactivated, if necessary, following compliance with this Court's Order dated March 9, 2009 (DE # 129).

    This is a case for disability benefits under an insurance contract; and, following the filing of the Complaint on February 8, 2007, the parties filed numerous requests for continuances of the trial date and various pretrial deadlines, including extensions for 30-, 60-, 90- and 120-days at a time.

In January 2009, the parties requested a 30-day extension of the trial date and the deadline to file the joint proposed jury instructions and verdict forms based on their efforts to settle the case, which the undersigned granted (DE # 101).

On the eve of the new deadline for filing joint proposed jury instructions and verdict forms, the parties requested yet another 60-day extension of the pretrial deadlines and trial date in order to continue their settlement talks.  The undersigned therefore continued the trial date as well as the pending pretrial deadlines, noting that they would be "re-set for a later date by a further Order of this Court upon the completion of settlement negotiations."  The parties were specifically ordered to "notify the Court as soon as possible" after reaching either a settlement or an impasse (DE # 129).

Over five months have passed and the parties have yet to comply with this Court's Order or in any way update the Court on the progress of their settlement discussions for the purpose of scheduling further proceedings in this matter.  Therefore, based upon the failure to comply with this Court's Order, a review of the record as a whole and for the reasons stated above, it is hereby

**ORDERED AND ADJUDGED** that this case is **ABATED**, and all pending motions – including the Motion for Sanctions (DE # 89), Motion to Strike Expert Report (DE # 108) and Motion for Hearing (DE # 117) filed by the Defendant; the Motion for Summary Judgment (DE # 107) filed by the Plaintiff; as well as the parties' joint Motion for Hearing (DE # 124) and Motion for Extension of Time (DE # 125) – are **DENIED WITHOUT PREJUDICE,** with leave to restore this case to active status and reactivate any specifically designated motions upon the conclusion of the parties' settlement

negotiations, if necessary, by filing a Motion to Re-Open this Case and Reactivate specifically designated motions. re-file upon the conclusion of the parties' settlement negotiations.

**DONE AND ORDERED** in chambers in Miami, Florida on August 27, 2009.

_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

**Copies furnished to:**
**All counsel of record**