UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20336-CIV-HUCK/SIMONTON
<u>CONSENT CASE</u>

SUSAN F. SOCAS,

    Plaintiff,

v.

NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY,

    Defendant.
                               /

<u>ORDER GRANTING JOINT MOTION TO RE-OPEN
CASE AND TO REACTIVATE CERTAIN MOTIONS</u>

Presently pending before the Court is the Joint Motion To Re-Open Case and To Reactivate Certain Motions (DE # 138). Based on the consent of the parties, this case is referred to the undersigned Magistrate Judge for final disposition(DE # 13).

On August 27, 2009, this Court abated the instant case and denied without prejudice all pending motions, including the Motion for Sanctions (DE # 89), Motion to Strike Expert Report (DE # 108) and Motion for Hearing (DE # 117); the Motion for Summary Judgment (DE # 107); as well as the parties' joint Motion for Hearing (DE # 124) and Motion for Extension of Time (DE # 125). This Court stated that this case could be restored to active status and any designated pending motions reactivated, if necessary, following compliance with this Court's Order dated March 9, 2009 (DE # 129).

In the instant motion, the parties notify the Court that they have reached an impasse in their settlement negotiations, and ask this Court to re-open the case and rule upon the following motions: Defendant's Motion for Sanctions (DE # 89), Plaintiff's Motion to Strike Expert Report (DE # 108); Defendant's Motion for Hearing on the motion

to strike expert report (DE # 117); Defendant's Motion for Summary Judgment (DE # 107) as well as the parties' joint Motion for Hearing on the summary judgment motion (DE # 124) and Defendant's Motion for Extension of Time to file a reply in support of its summary judgment motion (DE # 125).

After a careful review of the record as a whole, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion To Re-Open Case and To Reactivate Certain Motions (DE # 138), is **GRANTED**; this case is **RE-OPENED**, and all pending motions – including Defendant's Motion for Sanctions (DE # 89), Plaintiff's Motion to Strike Expert Report (DE # 108); Defendant's Motion for Hearing on the motion to strike expert report (DE # 117); Defendant's Motion for Summary Judgment (DE # 107) as well as the parties' joint Motion for Hearing on the summary judgment motion (DE # 124) and Defendant's Motion for Extension of Time to file a reply in support of its summary judgment motion (DE # 125), are **REACTIVATED**.

**DONE AND ORDERED** in chambers in Miami, Florida on October 1, 2009.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
**All counsel of record**